ROBIA HOLDING CORPORATION v. JAMES J. WALKER, as Mayor, etc., and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of ISCO PAINTING & DECORATING Co., INC., for an Order Directing that an Arbitration Proceed between the Said Isco PAINTING & DECORATING Co., INC., and BAYWOOD REALTY CORPORATION.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

RACHEL L. BURT v. H. W. PETERS and Others, and L. M. BERKELEY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DONALD S. SEXTON v. TRUST COMPANY OF NORTH AMERICA.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HEDY SPIELTER v. NORTH GERMAN LLOYD STEAMSHIP COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PHILIP GOLDSTON and Another v. PARK LANE DRESSES, INC., and WEINSTEIN & BLOOM, INC., Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARY FRANZ v. FRIEDA NIGRI.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

VINCENT PETILLI v. BUTLER LABORATORIES, INC., and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CORA STETSON BUTLER v. VANDERBILT HOTEL CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WOLLMAN SILK CORPORATION v. ISAAC IPP.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MIKE CACHOIAN v. MATHIEU M. PROUJANSKY and Others, Impleaded with FREDERICK J. HERMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MATHILDE CLAMAN v. ARTHUR MULLER and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JACOB GOODMAN v. JACOB GOODMAN HOLDING CORPORATION and Another.— Motion denied and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ABRAHAM SCHULBERG v. FIRST NATIONAL MORTGAGE CORPORATION.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILLIAM R. NOE and Others v. OTTO A. SCHREIBER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

O'BYRNE DE WITT REALTY CORPORATION v. PEASE & ELLIMAN, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LETITIA BONTA and Others v. FRANK HEMSTREET.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.